# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| Breanna Williams | § |
| | §    CIVIL NO: |
| vs. | §    AU:19-CV-00633-RP |
| | § |
| Nathan Canche, Vanessa Jimenez, Ben Hernandez, SHR FS Austin LLC, Four Seasons Hotel | § |

## ORDER CANCELLING JURY SELECTION AND TRIAL

    IT IS HEREBY ORDERED that the above entitled and numbered case having been set for **JURY SELECTION AND TRIAL** on **Tuesday, June 01, 2021 at 09:00 AM is hereby CANCELLED until further order of the court**.

    IT IS SO ORDERED this 19th day of May, 2021.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE